# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19 B 26378 |
| Lataurus Hoof, | ) | Honorable Jacqueline Cox |
|     Debtor | ) | Chapter 13 |
| | ) | |

## NOTICE OF MOTION

TO:   Chapter 13 Trustee Thomas Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603; via Electronic Court Notification;

Citizens Bank, One Citizens Bank Way JCA115, Johnston RI 02919-0000, via U.S. Mail;

Atlas Acquisitions LLC (Jared), 294 Union St., Hackensack NJ 07601-0000, via U.S. Mail;

The Money Source, 135 Maxess Rd., Melville NY 11747-0000, via U.S. Mail;

Village of Park Forest Water Depart, 350 Victory Drive, Park Forest IL 60466-0000, Via U.S. Mail;

Lataurus Hoof, 213 Kentucky St., Park Forest, IL 60466 via U.S. Mail; and

**See Attached List.**

Please take notice that on May 16, 2022 at 9:00 a.m., I shall appear before the Honorable Judge Jacqueline Cox, and present a Motion to Extend Time to File Claim and you may appear if you so choose.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

Meeting ID and password. The meeting ID for this hearing is **1612732896** and the password is **778135**. The meeting ID and password can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent the attached motion on **May 10, 2022,** to the above-named parties and the attached service list via U.S. Mail with postage prepaid from the mail located at 55 W. Monroe Street, Chicago, IL 60603.

*/s/ Brian P. Deshur*
Attorney for Debtor
The Law Office of David Freydin, Ltd.
8707 S. Skokie Blvd., Suite 312
Skokie, IL 60077
(312) 380-1564

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-26378<br>Northern District of Illinois<br>Eastern Division<br>Fri Sep 20 16:28:59 CDT 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Atlas Acquistions LLC (Jared)<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| Citizens Bank<br>One Citizens Bank Way JCA115<br>Johnston, RI 02919-1922 | Comcast<br>PO Box 1931<br>Burlingame, CA 94011-1931 | Mokena Crossing Family Dental<br>9990 W 190th St<br>Mokena, IL 60448-8188 |
| Nicor Gas<br>Attention:  Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507-0190 | Premier Bank<br>c/o Jefferson Capital Systems<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 | Quantum3 Group LLC<br>as agent for CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | The Money Source<br>135 Maxess Road<br>Melville, NY 11747-3801 | Village of Park<br>350 Victory Drive<br>Park Forest, IL 60466-2068 |
| Brian P Deshur<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 305<br>Skokie, IL 60077-2281 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 305<br>Skokie, IL 60077-2281 | Lataurus Hoof<br>213 Kentucky St<br>Park Forest, IL 60466-1221 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Sprint Corp.<br>Attn: Bankruptcy<br>PO Box 7949<br>Overland Park, KS 66207 | End of Label Matrix<br>Mailable recipients   16<br>Bypassed recipients    0<br>Total                 16 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19 B 26378 |
| Lataurus Hoof, | ) | Honorable Jacqueline Cox |
| Debtor | ) | Chapter 13 |
| | ) | |

## MOTION TO EXTEND TIME TO FILE CLAIM
### and
## SHORETEN NOTICE

NOW COMES Lataurus Hoof, the Debtor, by and through her attorney, The Law Office of David Freydin, Ltd., and moves this Honorable Court to consider this Motion to Extend Time to File Claim, and in support thereof states as follows:

1. That this Honorable Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and that this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. That the Debtor filed her Petition for Relief and Plan under Chapter 13 of the United States Bankruptcy Code on September 18, 2019.

3. That the Plan was confirmed by this Honorable Court on November 18, 2019.

4. That the Debtor scheduled Citizen's Bank as a creditor holding the lien on her 2008 Kia Forte.

5. That Citizen's Bank failed to file a proof of claim in the Debtor's case.

6. That the Trustee has been paying Citizen's Bank based on the amount that the Debtor scheduled in her Plan.

7. That the Debtor's vehicle was totaled in an auto accident and the Debtor's insurance company has sent a payoff to Citizen's Bank.

8. That Citizen's bank is no longer owed on their debt.

9. That the Debtor respectfully requests to file a proof of claim on behalf of Citizen's Bank.

10. That Notice is Shortened.

11. WHEREFORE, Lataurus Hoof, the Debtor, prays this Honorable Court for the following relief:

    A. That this Honorable Court grant the Debtor until June 6, 2022 to file a proof of claim on behalf of Citizen's Bank.

    B. For such other and further relief that this Honorable Court deems just and proper.

                                    Respectfully submitted,

                                    */s/ Brian P. Deshur*
                                    Attorney for Debtor
                                    The Law Office of David Freydin, Ltd.
                                    8707 S. Skokie Blvd., Suite 312
                                    Skokie, IL 60077
                                    (312) 380-1564